NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH KINDRED, DOC #Y11419,            )
                                        )
    Appellant,                          )
                                        )
v.                                      )       Case No. 2D18-3563
                                        )
STATE OF FLORIDA,                       )
                                        )
    Appellee.                           )
_____ )

Opinion filed July 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Joseph Kindred, pro se.


PER CURIAM.


    Affirmed.


KHOUZAM,C.J., and LUCAS and ROTHSTEIN-YOUAKIM, JJ., Concur.